AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Richmond Division

| | |
|---|---|
| Richie Patterson, II )<br>*Plaintiff* )<br> )<br>v. )<br> )<br>Equifax Information Services, LLC *et al* )<br>*Defendant* )<br> ) | Civil Action No. 3:13-cv **723-**____ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Equifax Information Services, LLC
r/a CT Corporation
4701 Cox Rd, Suite 301
Glen Allen, VA 23030



A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services, Inc.
5310 Markel Rd. Suite 102
Richmond, VA 23230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **October 29, 2013** _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Richmond Division

| | | |
|---|---|---|
| Richie Patterson, II<br>*Plaintiff*<br><br>v.<br><br>Equifax Information Services, LLC *et al*<br>*Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. 3:13-cv 723 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*



Trans Union, LLC
r/a Corporation Service Company
Bank of America Building
1111 E. Main St. 16th Floor
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services, Inc.
5310 Markel Rd. Suite 102
Richmond, VA 23230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: October 29, 2013

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Richmond Division

| | |
|---|---|
| Richie Patterson, II )<br>*Plaintiff* )<br> )<br>v. )<br> )<br>Equifax Information Services, LLC *et al* )<br>*Defendant* )<br> ) | Civil Action No. 3:13-cv 723 - ____ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Experian Information Services, Inc.
R/A David N. Anthony, Esq.
Troutman Sanders, LLP
1001 Haxall Pt.
Richmond, VA 23219



A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services, Inc.
5310 Markel Rd. Suite 102
Richmond, VA 23230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **October 29, 2013**               _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Richmond Division

| | | |
|---|---|---|
| Richie Patterson, II | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 3:13-cv 723-____ |
| Equifax Information Services, LLC *et al* | ) | |
| *Defendant* | ) | |
| | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

R&B Corporation
r/a Thomas J Bayne Jr
11821 Rocklanding Dr
Po Box 120568
Newport News, Va 23612

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services, Inc.
5310 Markel Rd. Suite 102
Richmond, VA 23230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **October 29, 2013**

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Richmond Division

| | | |
|---|---|---|
| Richie Patterson, II | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 3:13-cv 723 -____ |
| Equifax Information Services, LLC *et al* | ) | |
| *Defendant* | ) | |
| | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Capital One Bank
r/a Corporation Service Company
Bank of America Building
1111 E. Main St. 16th Floor
Richmond, VA 23219



A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services, Inc.
5310 Markel Rd. Suite 102
Richmond, VA 23230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **October 29, 2013**      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Richmond Division

| | | |
|---|---|---|
| Richie Patterson, II | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 3:13-cv 723 |
| Equifax Information Services, LLC *et al* | ) | |
| *Defendant* | ) | |
| | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

RCTC Wholesale Corporation
r/a Thomas J Bayne Jr
11-821 Rocklanding Dr
Po Box 120568
Newport News, Va 23612



A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services, Inc.
5310 Markel Rd. Suite 102
Richmond, VA 23230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: October 29, 2013

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Richmond Division

| | |
|---|---|
| Richie Patterson, II )<br>*Plaintiff* )<br>)<br>v. )<br>)<br>Equifax Information Services, LLC *et al* )<br>*Defendant* )<br>) | Civil Action No. 3:13-cv 723 - ___ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Shaw Corporation, Inc.
r/a CT Corporation
4701 Cox Rd, Suite 301
Glen Allen, VA 23030



A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services, Inc.
5310 Markel Rd. Suite 102
Richmond, VA 23230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: October 29, 2013 _____
*Signature of Clerk or Deputy Clerk*