IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| RITCHIE T. PATTERSON, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:13CV723–HEH |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

THIS MATTER is before the Court on Plaintiff's Notice of Dismissal as to Defendant R&B Corp d/b/a Credit Control Corp. This Notice was filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). It appearing appropriate to do so, it is HEREBY ORDERED that R&B Corp d/b/a Credit Control Corp is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                               /s/
                                               Henry E. Hudson
                                               United States District Judge

Date: Nov. 22, 2013
Richmond, VA